**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
NATIONAL RAILDROAD PASSENGER         :
CORPORATION,                         :
                                     :    21-CV-5818 (JPO) (OTW)
            Plaintiff,               :
                                     :    ORDER
      -against-                      :
                                     :
RIVERSIDE CENTER SITE 5 OWNER LLC, et al., :
                                     :
            Defendants.              :
                                     :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The in-person Settlement Conference scheduled for August 3, 2023, at 2:00 p.m. (ECF 42) is **ADJOURNED** to **August 16, 2023, at 2:00 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties' *Ex Parte* Settlement Conference Summary Forms and Letters shall be submitted by **August 9, 2023**.

    **SO ORDERED.**

                                                                *s/ Ona T. Wang*

Dated: June 26, 2023                                 **Ona T. Wang**
      New York, New York                     United States Magistrate Judge