**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, | : : : | |
| Plaintiff, | : : | 21-CV-5818 (JPO) (OTW) |
| -against- | : : | **ORDER** |
| RIVERSIDE CENTER SITE 5 OWNER LLC et al, | : : : | |
| Defendants. | : : | |

---

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of Defendant's letter motion, ECF 46, which contains unredacted confidential settlement negotiation details. The Clerk of Court is respectfully directed to provisionally seal ECF 46 so that it is visible to the Court and parties only.

**SO ORDERED.**

Dated: September 26, 2023
New York, New York

_/s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge