**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
NATIONAL RAILDROAD PASSENGER :
CORPORATION, :
: 21-CV-5818 (JPO) (OTW)
Plaintiff, :
: **ORDER**
-against- :
:
RIVERSIDE CENTER SITE 5 OWNER LLC, et al., :
:
Defendants. :
:
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The July 30, 2025, In-Person Settlement Conference is hereby **RESCHEDULED** to **Wednesday, September 3, 2025, at 2:00 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties' Ex Parte Settlement Conference Summary Forms and Letters are due by **August 27, 2025.**

**SO ORDERED.**

Dated: June 26, 2025
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge