**MEMO ENDORSED.**

# LANDMAN CORSI BALLAINE & FORD P.C.

A NEW YORK PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

| | | |
|---|---|---|
| 120 Broadway<br>13th Floor<br>New York, New York 10271<br>Tel: (212) 238-4800<br><br>300 Delaware Avenue<br>Suite 210<br>Wilmington, DE 19801<br>Tel: (302) 268-6433 | ONE GATEWAY CENTER<br>22ND FLOOR<br>NEWARK, NJ 07102<br>TELEPHONE (973) 623-2700<br>FACSIMILE (973) 623-4496<br>www.lcbf.com | One Penn Center<br>1617 JFK Boulevard, Suite 955<br>Philadelphia, PA 19103<br>Tel: (215) 561-8540 |

August 29, 2025

<u>*Via E-Filing*</u>

Hon. Ona T. Wang, U.S.M.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

>    Re:  <u>National Railroad Passenger Corporation d/b/a Amtrak v. Riverside Center Site 5 Owner, LLC
>    Civil Action No. 1:21-cv-05818-JPO</u>

Dear Judge Wang:

   This office represents Plaintiff National Railroad Passenger Corporation d/b/a Amtrak ("Amtrak") in the above-referenced matter. We submit this letter jointly with Defendant Riverside Center Site 5 Owner, LLC, El Ad U.S. Holdings, Inc., Tishman Construction Corporation, and Peter Scalamandre & Sons (the "Defendants"). The parties write to respectfully request an adjournment of the September 3, 2025 settlement conference. The parties have conferred and are available on September 29, 2025, October 21, 2025 and October 22, 2025, but would prefer the September date if the Court is available.

   The parties have been working diligently to prepare for the upcoming settlement conference. However, Defendants' experts and contractors are still working to finalize their answers to Amtrak's preliminary questions regarding their proposed method for completing the repair, including crafting drawings for Amtrak to review with its in-house engineers. While Defendants expect that they will be able to provide such answers and drawings to Amtrak by Friday, August 29, 2025, Amtrak will not have sufficient time to perform its internal review and identify the employees whose input will be necessary at the settlement conference.

   To enable the parties to have a successful conference, the parties respectfully request an adjournment of the settlement conference. We appreciate the Court's time and attention to this matter.

4908-0633-9427v.2

**LANDMAN CORSI BALLAINE & FORD P.C.**

Judge Ona T. Wang, U.S.M.J.
August 29, 2025
Page 2

      We thank you for your time and consideration of this matter.

           Respectfully submitted,
           ***/s/ Rachel Morgan***
           Rachel Morgan, Esq.

cc:    all counsel of record (via e-filing)

Application **GRANTED**. The In-Person Settlement Conference is rescheduled to September 29, 2025 at 10:00AM in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

Ona T. Wang
U.S.M.J.          August 29, 2025

4908-0633-9427v.2