**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
NATIONAL RAILDROAD PASSENGER
CORPORATION,

        Plaintiff,

        -against-

RIVERSIDE CENTER SITE 5 OWNER LLC, et al.,

        Defendants.
------------------------------------------------------------x

21-CV-5818 (JPO) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The court held a confidential in-person Settlement Conference on September 29, 2025.

As **ORDERED** at the Conference:

Parties are directed to file a joint status letter by **October 31, 2025** to confirm parties wish to continue settlement discussions.

**SO ORDERED.**

Dated: September 30, 2025
New York, New York

        *s/ Ona T. Wang*
        **Ona T. Wang**
        United States Magistrate Judge