**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
NATIONAL RAILDROAD PASSENGER           :
CORPORATION,                           :
                                       :       21-CV-5818 (JPO) (OTW)
                Plaintiff,             :
                                       :       ORDER
             -against-                 :
                                       :
RIVERSIDE CENTER SITE 5 OWNER LLC, et al., :
                                       :
                Defendants.            :
                                       :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of parties' joint letter at ECF 80.

The Court will hold an in-person Settlement Conference on **Tuesday, December 9, 2025, at 10:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. Parties are to file a letter motion on the docket by **November 18, 2025** if they prefer a call in advance or in lieu of an in-person Settlement Conference.

**SO ORDERED.**

Dated: November 4, 2025
      New York, New York

                                                                                     *s/ Ona T. Wang*
                                                                                    **Ona T. Wang**
                                                                   United States Magistrate Judge