**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

NATIONAL RAILROAD PASSENGER                    :
CORPORATION,                                   :
                                               :          21-CV-5818 (JPO) (OTW)
                    Plaintiff,                 :
                                               :          **ORDER**
        -against-                              :
                                               :
RIVERSIDE CENTER SITE 5 OWNER LLC, et al.,     :
                                               :
                    Defendants.                :
                                               :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a Preliminary Settlement Conference Call on Tuesday, April 28, 2026.

Parties are directed to file a joint status letter regarding next steps on **Friday, May 29, 2026**.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: April 29, 2026                                    **Ona T. Wang**
       New York, New York                        United States Magistrate Judge