**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NATIONAL RAILROAD PASSENGER CORPORATION,

Plaintiff,

-against-

RIVERSIDE CENTER SITE 5 OWNER LLC, et al.,

Defendants.

21-CV-5818 (JPO) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

On May 29, 2026, Plaintiff notified the Court that "the parties have worked together to identify potential mediators" and "anticipate having a mediator selected by June 15, 2026."

The parties are hereby directed to file a joint status letter by **November 9, 2026**, notifying the Court as to the status of the parties' mediation.

The parties are further directed to file quarterly joint status letters on the last business Friday of every quarter, beginning on **March 26, 2027**.

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: October 29, 2026
New York, New York